**FILED**
CHARLOTTE, N. C.

JAN 2 4 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.



North Carolina Western
**MEMORANDUM**

**DATE:** January 22, 2007

**TO:** The Honorable Frank D. Whitney
U.S. District Judge

**FROM:** Emily E. Hood
U.S. Probation Officer

**SUBJECT:** Andre Jerryann Jones
3:06CR117

---

### Court History:

On December 28, 2006, the defendant appeared in U.S. Magistrate Court and pled guilty to Possession of Firearm by Felon.

### Current Status of Investigation:

The defendant reported that he stopped attending school due to behavioral problems and his adult criminal history begins at age sixteen. The defendant may have been involved with the juvenile justice system.

By indicating below, the Court will order Mecklenburg County, NC, Juvenile Court to open it's file concerning the defendant and allow any and all juvenile records to be divulged for the purpose of a presentence report. This requested authority would terminate upon completion of a presentence report.

**SO ORDERED:**

_____  1/23/07
Frank D. Whitney         Date
U.S. District Judge